Good morning, my name is Charlie Stewart.  Sorry, you are hearing a pop. Here is Ray Chambers. He is a Christian and a TV & TV publisher andINEHARZT. Let me introduce Examples of the websites I use to learn more. I'm talking about both, Your Honor. I'm saying that the appeal situation has to be reduced, changed a lot, in four ways. In the appeal decision, this is a reliant response. First, prior decisions of this court setting. This is to show that there is a substantive matter to focus the issue. It's not necessary to teach you. But here is how I understand this. In the appeal, this case goes. I will just read through it. Let's assume you have an adult or two children. They are supposed to be in survival order. Second, prior decisions of this court setting. The focus should be on the initial fantasy of custody of the child. But in the appeal, this case, here is where it's used. But it's only a lot of us. Third, prior decisions of this court setting. We thought we'd see that when the country provides protection. But these variations could be over the whole country. But here, in this case, the focus was on the children. And fourth, prior decisions of this court setting. There's no need for a recording of this, especially if it's a child. We can gather evidence, even though we're looking at a whole cluster of reports, but it's a cluster of reports against a child. That evidence was not up to this case. Those cases exist. And the names and addresses of this case end to a recording of a report, which is in the existence of the cross-section of this court. So, we're overruled. That's where it takes us to step into step. We can change the quality of the decision-making in regards to the second part of the appeal. It does involve an application with regard to custody of the child. I believe that this question, too, is the first in a dramatic process of judicial evidence. It's imperative that we declare instructions. Four things that I talked about. It's enough to show that the country does not provide protection for those who choose to pursue sexual education. The focus needs to be on actual cases, not just on the voice. The focus should be on the whole community, not just on the child. The second part of the case that we don't know how to deal with is the question here. In the first instance, one thing that we reported since 2010, and I'm saying it in my name, seems to me that this has been an issue for a long time. It was in January of 2017. It was another thing. But there was also some very true follow-up in the Supreme Court opinion, and it seems to me that that was a very long time ago. And it's one of the various initial reports that came through the Supreme Court written in 2017 that incorporated this report as evidence, and it's just as well as anything a lot of things here say. And this is an agency issue. It's an agency issue that has been involved in three revolvers this whole year, written by the Supreme Court judges, and it comes to the end of spring of the Supreme Court. In this case, there was this bill that was issued to the U.S. in Washington that was considered as a piece of evidence in Texas. So, I believe that this is an important piece. There was a different passage in the U.S. that was overrided in the following WIA Universal Declaration. You can see that WIA's decision to correct this law. So, I'm sure that all three states see this in order to use it for good sense. So, there's a certain tendency to point to corrects, and the Universal Declaration is a great law. You're saying that all of these sections of law in terms of the origins of interference were today or to the present. I think we instruct the WIA on the relevance there, or at least on the offline requirements, that you must consider what the governor said about these things while following the law. And you must consider other things and make a decision in the process. So, I think it should be true. My third point, though, is that the record shows that WIA decisions are based on institutional evidence. These are data that can instruct you. They're very much based on data that can instruct you. They're simply taking specifics of the country. First, to focus on the evidence, I'm going to wait 20 years to focus on personal decision. And I'm going to go over the evidence that was told in 2015. Yes, of course. That's 2015. There's no reason to believe that things got better. But, of course, there's no reason to believe that things have gotten better since 2015, which is still a category that we had earlier. But, again, I think that this report does have some significance. I'm going to go over it again. It says, I'm going to go over it again. I'm going to go
judges: O'scannlain, Thomas, Silverman, Wardlaw, W. Fletcher, Clifton, Bea, M. Smith, Christen, Owens, Friedland